IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IN RE MENTOR CORP. OBTAPE            *        MDL DOCKET NO. 2004

TRANSOBTURATOR SLING PRODUCTS        *        Stafford v. Mentor Corp.

LIABILITY LITIGATION                 *        3:07-cv-101-CDL

## PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND COMPLAINT

COME NOW Plaintiffs Shirley Stafford and Torrence Pinkney ("Plaintiffs"), and hereby file this Memorandum of Law in Support of Their Motion for Leave to Amend Complaint, respectfully showing the Court as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

Plaintiffs are husband and wife.  They filed this civil action against Defendant Mentor Corporation ("Defendant") in Athens-Clarke County Superior Court on August 3, 2007, seeking to hold it liable for Mrs. Stafford's personal injuries attributed to Defendant's ObTape transobturator vaginal sling, on theories of product defect, breach of warranty, and negligence, and for Mr. Pinkney's loss of his wife's consortium. Defendant removed the case to the United States District Court for the Middle District of Georgia, and filed its Answer on September 19, 2007.  (Dkt. 1; 3).

Plaintiffs then moved on October 11, 2007 to consolidate their case with three others pending in the Middle District of

Georgia.  (Dkt. 9).  The Court granted Plaintiffs' motion on December 12, 2007.  (Dkt. 13).  The parties then began discovery.

As the Court is aware, Defendant later moved for this case and others involving its ObTape product pending in a number of jurisdictions to receive MDL treatment, and the Judicial Panel on Mulitidistrict Litigation eventually consolidated them in this Court for pretrial purposes.

The parties came before the Court on January 19, 2009, during which the Case Management Order and outstanding motions to compel in this case were discussed.  On January 27, 2009, the Court entered Case Management Order No. 1.  (Dkt. 29).  That order established, <u>inter</u> <u>alia</u>, a deadline of March 15, 2009 for Phase I plaintiffs to file motions to amend their complaints. (<u>Id.</u> at p. 5, ¶ 10. b.).  Plaintiffs now seek the Court's permission to amend their Complaint to add Mr. Pinkney's own personal injury claims.

<u>ARGUMENT AND CITATION OF AUTHORITY</u>

<u>In accordance with Rule 15, Plaintiffs should be given leave to amend their Complaint.</u>

Federal Rule of Civil Procedure 15(a)(2) provides that a party may, with the court's permission, amend a pleading after it has been served with a responsive pleading, and that "[t]he court should freely give leave when justice so requires."  <u>Id.</u>

2

The Eleventh Circuit Court of Appeals has held, "There must be a substantial reason to deny a motion to amend." Laurie v. Ala. Ct. of Crim. App., 256 F.3d 1266, 1274 (11th Cir. 2001).

In the instant case, Defendant cannot claim prejudice should the Court grant Plaintiffs leave to amend their Complaint to add Mr. Pinkney's claims of personal injury. The Court set March 15, 2009 as the deadline for Plaintiffs to amend their Complaint in its Case Management Order No. 1, and Plaintiffs have complied with that deadline. Also, under Case Management Order No. 1, discovery in this case does not close until August 11, 2009. There is therefore ample time for Defendant to address these claims.

CONCLUSION

For all of the foregoing reasons, Plaintiffs respectfully request that the Court grant their Motion for Leave to Amend Complaint, and that the Complaint be amended as shown in Plaintiffs' First Amended Complaint, a true and correct copy of which was filed contemporaneously with Plaintiffs' Motion for Leave to Amend Complaint as Exhibit "A."


[SIGNATURE APPEARS ON FOLLOWING PAGE]


3

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
Attorneys for Plaintiffs


/s/ Henry G. Garrard, III
Gary B. Blasingame
Georgia Bar No. 062900
Henry G. Garrard, III
Georgia Bar No. 286300
Andrew J. Hill, III
Georgia Bar No. 353300
Josh B. Wages
Georgia Bar No. 730098

P.O. Box 832
Athens, Georgia 30601
Telephone: 706-354-4000
Fax: 706-549-3545
Email: gbb@bbgbalaw.com
       hgg@bbgbalaw.com
       ajh@bbgbalaw.com
       jbw@bbgbalaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR**

**LEAVE TO AMEND COMPLAINT** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the

following:

    Jonathan F. Feczko
    Bradley W. Harrison
    John Q. Lewis
    Dustin B. Rawlin
    Jones Day
    North Point
    901 Lakeside Avenue
    Cleveland, OH  44114-1190

    Kacy Goebel Romig
    Jones Day
    1420 Peachtree Street, N.E.
    Suite 800
    Atlanta, GA  30318

    **Attorneys for Defendant Mentor Corporation**


    This 13th day of March, 2009.


                              <u>/s/ Henry G. Garrard, III</u>