**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**
**AT COLUMBUS, GEORGIA**



## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)

Date: 3/16/2009                                Type of Hearing: Telephone Conference

Judge: CLAY D. LAND                            Court Reporter: Betsy Peterson

Courtroom Deputy:                              Interpreter: n/a

<u>*Case Number:*</u>   4:08-MD-2004- (CDL)

All Plaintiff                                  Counsel: Henry Garrard

   vs.

Mental Corp.                                   Counsel: John Lewis

Agents/experts in attendance: n/a

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR: 10 minutes*

9:00 AM     Telephone conference initiated by Mr. Garrard and Mr. Lewis regarding clarification on a matter previously discussed at status conference in Athens. Parties to order transcript.

9:10 AM     Telephone conference concluded.