UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)

Date: April 15, 2009                                Type of Hearing: Telephone Conference

Judge: CLAY D. LAND                                 Court Reporter: Betsy Peterson

Courtroom Deputy: Elizabeth Long                    Interpreter: n/a

<u>Case Number:</u>  4:08-MD-2004 (CDL)

In re Mentor Corp. Obtape Transobturator Sling     Plaintiffs' Counsel: Henry Garrard, Camille
Products Liability Litigation                       Edwards, Alan Land

                                                    Defendant's Counsel:  John Q. Lewis

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10: 30 minutes*

- Court convened for a telephone conference regarding documents sent from French Ministry of Justice to the Court. Plaintiffs were represented by Henry Garrard, Camille Edwards, and Alan Land. Defendant was represented by John Lewis.
- The Court will copy the documents as they were received and forward the copy to Defense counsel. Defense counsel will review, translate (if necessary), and bates stamp the documents within 14 days of receipt. Within the same 14 day period, Defense counsel will file with the Court a privilege log, attaching the documents to which a privilege is asserted, **and** will provide Plaintiffs' counsel with a copy of all documents to which there are no objections. Plaintiffs' counsel will file any response to the objections asserted in the privilege log within 14 days of receipt of Defendant's objections.
- The Court will maintain the original, unnumbered documents in the Clerk's office.
- Brief discussion regarding the progress of discovery and the possibility of sharing the cost of translation (see transcript for specifics)