**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:** | **MEMBERS:** | | **DIRECT REPLY TO:** |
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | | Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

August 7, 2009

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

Re: MDL No. 2004 -- IN RE: Mentor Corp. ObTape Transobturator Sling Products Liability Litigation

(See Attached CTO-7)

Dear Mr. Leonard:

   Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 22, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   A list of involved counsel is attached.

                                        Very truly,

                                        Jeffery N. Lüthi
                                        Clerk of the Panel

                                        By /s/ Dana L. Stewart
                                           Dana L. Stewart
                                           Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge: Judge Clay D. Land

JPML Form 36A

IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR
SLING PRODUCTS LIABILITY LITIGATION                MDL No. 2004

**INVOLVED COUNSEL LIST (CTO-7)**

Pearson N. Bownas
JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH 44114-1190

Amy Lynn Ewald
8357 Allegheny Grove Boulevard
Victoria, MN 55386

Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY PC
440 College Avenue North
P.O. Box 832
Athens, GA 30603

William Todd Harvey
BURKE HARVEY & FRANKOWSKI LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, AL 35205