A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Nov 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 15, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR**
**SLING PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Anne T. McNally, et al. v. Mentor Corp., | ) | |
| D. Minnesota, C.A. No. 0:09-2602 | ) | MDL No. 2004 |

**CONDITIONAL TRANSFER ORDER (CTO-10)**

On December 3, 2008, the Panel transferred 17 civil actions to the United States District Court for the Middle District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 588 F.Supp.2d 1374 (J.P.M.L. 2008). Since that time, 26 additional actions have been transferred to the Middle District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Clay D. Land.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Middle District of Georgia and assigned to Judge Land.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Georgia for the reasons stated in the order of December 3, 2008, and, with the consent of that court, assigned to the Honorable Clay D. Land.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 02, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel