IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE MENTOR CORP. OBTAPE | ) | MDL Docket No. 2004 |
| | ) | 4:08-md-2004 (CDL) |
| TRANSOBTURATOR SLING | ) | |
| | ) | Case Nos. |
| PRODUCTS LIABILITY LITIGATION | ) | 3:07-cv-00101 (Stafford *et al.*) |
| | ) | 3:07-cv-00102 (Booth *et al.*) |
| | ) | 3:07-cv-00130 (Dover *et al.*) |
| _____ | ) | |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY**

COME NOW Plaintiffs and hereby submit their objections to Defendant Mentor Corporation's ("Mentor") counter-designations of deposition testimony that may be used at trial. Plaintiffs respectfully reserve the right to amend and/or supplement these objections to the extent any testimony designated by Mentor would contravene the Court's rulings on the pending motions in limine.

**David Amerson dated February 10, 2010**

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 18 Line 2 to Page 18 Line 14 | |
| Page 24 Line 24 to Page 25 Line 1 | |
| Page 28 Line 15 to Page 28 Line 21 | Inadmissible; FDA reference pursuant to Court's earlier Motion in Limine |
| Page 129 Line 14 to Page 129 Line 21 | |
| Page 139 Line 3 to Page 139 Line 15 | |
| Page 189 Line 16 to Page 190 Line 3 | |
| Page 198 Line 20 | |
| Page 252 Line 24 to Page 252 Line 25 | |

2

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 308 Line 22 to Page 310 Line 6 | |
| Page 310 Line 14 to Page 312 Line 14 | |
| Page 312 Line 22 to Page 317 Line 21 | |
| Page 318 Line 2 to Page 320 Line 10 | |
| Page 321 Line 2 to Page 329 Line 17 | Object to 323:15-24 as violating the Court's earlier Motion in Limine ruling as to family members use of ObTape |
| Page 333 Line 24 to Page 335 Line 1 | |

**Kathleen Beauchamp dated March 12, 2010**

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 49 Line 15 to Page 49 Line 18 | Object to same as only including the question and no response |
| Page 52 Line 3 to Page 52 Line 23 | |
| Page 182 Line 23 to Page 183 Line 13 | |
| Page 248 Line 1 to Page 252 Line 8 | |
| Page 253 Line 5 to Page 253 Line 10 | |
| Page 253 Line 20 to Page 255 Line 11 (complaint…) | |
| Page 255 Line 15 (…data) to Page 256 Line 23 | |
| Page 259 Line 11 to Page 262 Line 2 (devices) | It appears said designation is mis-numbered in that page 62:2 is in the middle of an answer. |
| Page 262 Line 3 (Physicians…) to Page 294 Line 25 | Also appears entry must be mis-numbered in that 262:3 starts in the middle of an answer. |
| Page 340 Line 9 to Page 342 Line 5 | |
| Page 344 Line 7 to Page 349 Line 19 | Object to said line of testimony as outside the scope of Plaintiffs' direct examination of said witness and should be excluded.  If the Court allows such, Plaintiffs hereby designate testimony at Page 297 Line 17 through Page 336 Line 9. |

**Christopher Conway dated March 30, 2010**

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 15, Line 19 to Page 15 Line 25 | |
| Page 73 Line 9 to Page 73 Line 11 | |
| Page 73 Line 13 5o Page 73 Line 16 | |
| Page 82 Line 23 to Page 83 Line 2 | |
| Page 83 Line 4 to Page 83 Line 8 | |
| Page 97 Line 14 to Page 97 Line 22 | |
| Page 127 Line 15 to Page 128 Line 2 | |
| Page 129 Line 11 to Page 130 Line 4 | |
| Page 131 Line 25 to Page 132 Line 9 | |
| Page 159 Line 8 to Page 159 Line 15 | |
| Page 168 Line 8 to Page 168 Line 12 | |
| Page 168 Line 14 to Page 168 Line 23 | |
| Page 184 Line 17 to Page 184 Line 24 | |
| Page 185 Line 5 to Page 185 line 19 | |
| Page 189 Line 11 to Page 189 Line 17 | Two questions referring to Exhibit 24; Mentor did not designate deposition testimony admitting said exhibit. |
| Page 192 Line 4 to Page 192 Line 5 | |
| Page 192 Line 7 to Page 192 Line 23 | |
| Page 196 Line 13 to Page 197 Line 1 | |
| Page 208 Line 12 to Page 208 Line 13 (stop after "Derish") | |
| Page 239 Line 22 to Page 240 Line 11 | |

| **Mentor's Counter Designations** | **Plaintiffs' Objections** |
|---|---|
| Page 251 Line 9 to Page 252 Line 15 | |
| Page 265 Line 11 to Page 268 Line 14 | |
| Page 268 Line 16 to Page 269 Line 3 (stop after "basis") | |
| Page 269 Line 7 to Page 269 Line 10 | |
| Page 270 Line 3 to Page 272 Line 12 | |
| Page 272 Line 18 to Page 273 Line 5 | |
| Page 273 Line 6 to Page 273 Line 7 | |
| Page 273 Line 9 to Page 273 Line 23 | |
| Page 273 Line 25 to Page 274 Line 9 | |
| Page 274 Line 11 to Page 275 Line 14 | |
| Page 275 Line 15 to Page 278 Line 3 | |
| Page 278 Line 5 to Page 278 Line 18 | |
| Page 278 Line 20 to Page 279 Line 7 | |
| Page 281 Line 17 to Page 283 Line 7 | |
| Page 283 Line 9 to Page 283 Line 13 | |
| Page 283 Line 15 to Page 283 Line 18 | |
| Page 283 Line 20 to Page 283 Line 25 (stop after "available") | Object to Defendant's deletion of page 283:25-24:5 and hereby have counter-designated same. |
| Page 284 Line 6 to Page 284 Line 23 | |
| Page 285 Line 4 to Page 285 Line 5 | |

**Joshua Levine dated September 26, 2008**

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 13 Line 2 to Page 14 Line 13 | |
| Page 15 Line 9 to Page 15 Line 15 | |
| Page 17 Line 8 to Page 17 Line 24 | Object as to mention of FDA and its 510k process based upon Court's earlier FDA Motion in Limine ruling |
| Page 25 Line 6 to Page 25 Line 11 | |
| Page 36 Line 6 to Page 36 Line 23 | Object as to mention of FDA and its 510k process based upon Court's earlier FDA Motion in Limine ruling |
| Page 36 Line 24 to Page 40 Line 18 | |
| Page 49 Line 3 to Page 51 Line 5 | Object to Page 49:24-51:5 as to mention of FDA and its 510k process based upon Court's earlier FDA Motion in Limine ruling |
| Page 53 Line 2 to Page 54 Line 25 | |
| Page 56 Line 2 to Page 57 Line 19 | |
| Page 58 Line 9 to Page 58 Line 21 | |
| Page 60 Line 15 to Page 60 Line 18 | |
| Page 60 Line 21 to Page 62 Line 5 | Object to 61:22-62:5, as to mention of FDA and its 510k process based upon Court's earlier FDA Motion in Limine ruling |
| Page 71 Line 1 to Page 71 Line 12 | |
| Page 72 Line 14 to Page 72 Line 25 | |
| Page 77 Line 1 to Page 79 Line 24 | |
| Page 84 Line 24 to Page 85 Line 2 | |
| Page 85 Line 13 to Page 87 Line 12 | |
| Page 88 Line 3 to Page 89 Line 15 | |

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 91 Line 17 to Page 92 Line 6 | |
| Page 97 Line 2 to Page 98 Line 20 | |
| Page 112 Line 17 to Page 113 Line 21 | |
| Page 123 Line 3 to Page 123 Line 6 | |
| Page 134 Line 3 to Page 139 Line 1 | |
| Page 149 Line 21 to Page 150 Line 25 | |
| Page 153 Line 13 to Page 153 Line 25 | |
| Page 156 Line 20 to Page 160 Line 17 | Object to 157:8-9 "I think – and the FDA is fully aware and cognizant of that"; as to mention of FDA and its 510k process; object to 157:16-2 as to mention of FDA and its 510k process. |
| Page 167 Line 7 to Page 168 Line 22 | |
| Page 170 Line 20 to Page 171 Line 16 | |
| Page 172 Line 11 to Page 173 Line 18 | |
| Page 174 Line 3 to Page 174 Line 9 | |
| Page 174 Line 11 to Page 175 Line 6 | |
| Page 191 Line 20 t5o Page 192 Line 25 | |
| Page 200 Line 7 to Page 200 Line 12 | |
| Page 201 Line 8 to Page 202 Line 21 | |
| Page 204 Line 19 to Page 205 Line 10 | Object to 205:10 after the word "trends" as stating "reviewing it against the FDA MOD database"; as to mention of FDA and its 510k process. |
| Page 217 Line 4 to Page 218 Line 3 | |
| Page 238 Line 21 to Page 241 Line 15 | |
| Page 242 Line 5 to Page 245 Line 19 | |

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 247 Line 16 to Page 249 Line 2 | |
| Page 263 Line 11 to Page 265 Line 8 | |
| Page 266 Line 8 to Page 270 Line 7 | |
| Page 270 Line 8 to Page 272 Line 14 | Object to 271:2, starting with the word "We" through Line 11 as to mention of FDA and its 510k process; object to 272:7-14 as violating the Court's earlier Motion in Limine ruling as to Mentor employee family member ObTape evidence |

## Maher Michael, M.D. dated September 1, 2009

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 123 Line 14 to Page 123 Line 20 | |
| Page 124 Line 24 to Page 125 Line 5 | |
| Page 125 Line 16 to Page 128 Line 7 | |
| Page 128 Line 14 to Page 129 Line 5 | |
| Page 129 Line 23 to Page 130 Line 1 | |
| Page 181 Line 6 to Page 182 Line 6 | |
| Page 182 Line 14 to Page 183 Line 1 | |
| Page 188 Line 15 to Page 189 Line 5 | |
| Page 189 Line 9 to Page 190 Line 7 | |
| Page 199 Line 21 to Page 200 Line 23 | |
| Page 206 Line 12 | |
| Page 207 Line 19 to Page 210 Line 3 | |
| Page 210 Line 20 to Page 213 Line 1 | |
| Page 236 Line 18 to Page 237 Line 2 | |
| Page 298 Line 23 to Page 299 Line 13 | |
| Page 299 Line 23 to Page 301 Line 18 | |
| Page 366 Line 18 to Page 366 Line 24 | Object to 336:18-337:2 as to mention of FDA and its 510k process pursuant to earlier Motion in Limine ruling by Court |
| Page 374 Line 5 to Page 375 Line 23 | |
| Page 376 Line 6 to Page 377 Line 3 | |
| Page 377 Line 6 to Page 377 Line 12 | |
| Page 377 Line 25 to Page 386 Line 20 | |

**Tim Palmer dated April 29, 2009**

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 28 Line 16 to Page 28 Line 24 | |
| Page 33 Line 4 to Page 33 Line 18 | |
| Page 39 Line 19 to Page 41 Line 1 | |
| Page 55 line 12 to Page 56 Line 10 | |
| Page 72 Line 20 to Page 77 Line 2 | |
| Page 78 Line 2 to Page 79 Line 18 | |
| Page 121 Line 9 to Page 122 Line 13 | |
| Page 147 Line 10 to Page 147 Line 17 | |
| Page 150 Line 13 to Page 150 Line 18 | |
| Page 164 Line 12 to Page 169 Line 14 | |
| Page 169 Line 24 to Page 170 Line 10 | |
| Page 172 Line 1 to Page 178 Line 14 | |
| Page 179 Line 16 to Page 180 Line 4 | Object to 179:16-180:4 as to mention of the FDA and its 510k process based upon the Court's earlier FDA Motion in Limine ruling |
| Page 180 Line 7 to Page 180 Line 11 | |
| Page 180 Lien 15 to Page 180 Line 25 | |
| Page 192 Line 19 to Page 193 Line 14 | |
| Page 193 Line 16 to Page 194 Line 20 | |

**Clark Scherff dated February 17, 2010**

| Mentor's Counter Designations | Plaintiffs' Objections |
|---|---|
| Page 67 Line 16 to Page 67 Line 23 | Object to 67:22-23 stating "by following the FDA guidelines Mentor did that." as to mention of FDA and its 510k process pursuant to earlier Motion in Limine ruling by Court |
| Page 76 Line 6 to Page 76 Line 20 | |
| Page 85 Line 22 to Page 86 Line 7 | |
| Page 295 Line 23 to Page 296 Line 18 | |
| Page 320 Line 20 to Page 322 Line 25 | |
| Page 323 Line 20 to Page 326 Line 14 | |

          Respectfully submitted,

          <u>/s/ Henry G. Garrard, III</u>
          Henry G. Garrard, III
          Georgia Bar No. 286300
          Counsel for Plaintiffs

BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
706-354-4000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via ECF and by electronic mail on the following counsel this 17th day of May, 2010:

>John Q. Lewis
>jqlewis@jonesday.com
>Lead Counsel for Defendant Mentor Corporation
>
>Pearson N. Bownas
>pnbownas@jonesday.com
>Liaison Counsel for Defendant Mentor Corporation

>/s/ Henry G. Garrard, III
>Henry G. Garrard, III
>Counsel for Plaintiffs