```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION


IN RE MENTOR CORP. OBTAPE        *    MDL Docket No. 2004
                                      4:08-MD-2004 (CDL)
TRANSOBTURATOR SLING PRODUCTS    *
                                      Case No.
LIABILITY LITIGATION             *    4:11-cv-5065 (I. Morey)
```

O R D E R

The Court has conducted an extensive review of Plaintiff's deposition designations and Mentor's objections to those designations. Based on this review, the Court is inclined to sustain Mentor's objections to the following testimony, some of which is post-implant evidence, unless Plaintiff can explain how this evidence ties in to Mentor's pre-implant (December 29, 2004) knowledge or is otherwise relevant and admissible. As to other rulings sustaining objections, counsel may be able to illuminate the Court as to why that evidence is admissible by tying it in to some aspect of the case which the Court did not consider when reviewing the depositions.

**Kathleen Beauchamp Deposition Testimony Dated March 12, 2010**

| | | |
|---|---|---|
| 166:08-166:16 | 231:13-231:21 | 303:19-304:13 |
| 167:09-168:24 | 232:13-232:14 | 315:15-317:16 |
| 204:11-205:06 | 234:08-236:13 | 317:21-319:10 |
| 205:21-206:15 | 243:12-243:19 | 319:19-320:05 |
| 207:05-207:24 | 244:07-245:15 | 324:21-325:10 |
| 219:17-220:06 | 247:02-247:10 | 325:19-327:17 |
| 228:03-228:12 | 301:10-301:24 | 329:03-330:23 |
| 228:24-230:05 | 302:19-303:10 | |

**Kathleen Kobashi, MD Deposition Testimony Dated January 31, 2012**

18:22-19:06
99:01-100:09
163:10-164:20

**Adel Michael Deposition Testimony Dated April 16, 2009**

39:08-39:16

**Catherine Ortuno Deposition Testimony Dated October 19, 2009**

29:01-29:14
54:24-55:13
230:11-233:25
260:21-266:03

**Chris Sellwood Deposition Testimony Dated September 25, 2012**

| | | |
|---|---|---|
| 43:13-45:03 | 71:06-71:12 | 111:15-114:06 |
| 49:06-49:25 | 71:20-72:07 | 115:22-130:25 |
| 63:05-63:11 | 104:23-108:06 | 161:24-167:01 |
| 63:21-65:20 | 108:20-110:04 | 227:09-229:22 |
| 66:18-70:02 | 110:10-111:04 | |

**Ray Tantillo Deposition Testimony Dated September 30, 2009**

| | | |
|---|---|---|
| 56:18-59:12 | 215:10-15 | 245:05-245:19 |
| 64:06-65:08 | 224:02-224:14 | 255:21-256:13 |
| 110:06-110:24 | 237:23-240:07 | 256:14-18 |
| 160:02-164:02 | 242:15-243:13 | 257:08-261:05 |

The Court also alerts counsel for Plaintiffs that they should be prepared to address hearsay objections in the presentation of evidence of substantially similar incidents that is introduced for purposes of causation or something other than notice. The Court presently cannot conceive of how "complaints" standing alone would be able to overcome a hearsay objection if

the purpose of the evidence is to establish causation or some issue other than notice.

Counsel will have an opportunity to address these issues at the conference on Friday.

IT IS SO ORDERED, this 30th day of May, 2013.

                                         S/Clay D. Land
                                            CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE