UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



A true and certified copy
This 7/23, 2013
GREGORY J. LEONARD, CLERK
U.S. DISTRICT COURT, MID Ga.
By: s/ Timothy L. Frost
Deputy Clerk

IN RE: MENTOR CORP. OBTAPE
TRANSOBTURATOR SLING PRODUCTS
LIABILITY LITIGATION    MDL No. 2004

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –77)**

On December 3, 2008, the Panel transferred 17 civil action(s) to the United States District Court for the Middle District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 588 F.Supp.2d 1374 (J.P.M.L. 2008). Since that time, 173 additional action(s) have been transferred to the Middle District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Clay D Land.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Georgia and assigned to Judge Land.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Middle District of Georgia for the reasons stated in the order of December 3, 2008, and, with the consent of that court, assigned to the Honorable Clay D Land.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 23, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: MENTOR CORP. OBTAPE
TRANSOBTURATOR SLING PRODUCTS
LIABILITY LITIGATION**  MDL No. 2004

### SCHEDULE CTO−77 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**MINNESOTA**

| | | | |
|---|---|---|---|
| MN | 0 | 13−01663 | Hinnen et al v. Mentor Corporation et al |
| MN | 0 | 13−01717 | Powell et al v. Mentor Corporation et al |
| MN | 0 | 13−01764 | Hixon v. Mentor Corporation et al |
| MN | 0 | 13−01787 | Cole v. Mentor Corporation et al |
| MN | 0 | 13−01826 | Martinez−Deliz et al v. Mentor Corporation et al |
| MN | 0 | 13−01827 | Brown et al v. Mentor Corporation et al |
| MN | 0 | 13−01844 | Lopez v. Mentor Corporation et al |
| MN | 0 | 13−01847 | Lindsey et al v. Mentor Corporation et al |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 1 | 13−00255 | Savage et al v. Mentor Worldwide LLC et al |

**WEST VIRGINIA SOUTHERN**

| | | | |
|---|---|---|---|
| WVS | 2 | 13−16266 | Webb et al v. Ethicon, Inc. et al |
| WVS | 2 | 13−16615 | Brintwood et al v. Mentor Worldwide LLC |
| WVS | 2 | 13−16793 | Banks et al v. Mentor Worldwide LLC et al |
| WVS | 2 | 13−16811 | Winnett−Welch et al v. Mentor Worldwide LLC et al |
| WVS | 2 | 13−16828 | Montague v. Mentor Worldwide LLC |
| WVS | 2 | 13−16836 | Kover et al v. Mentor Worldwide LLC et al |