IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE MENTOR CORP. OBTAPE | * | |
| | | MDL Docket No. 2004 |
| TRANSOBTURATOR SLING PRODUCTS | * | 4:08-MD-2004 (CDL) |
| LIABILITY LITIGATION | * | |

O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's motion to place certain cases in Phase V of this multidistrict litigation proceeding (ECF No. 757). Under the current Scheduling and Case Management Order, the parties may agree to place cases in Phase V. Scheduling & Case Mgmt. Order ¶ 11, ECF No. 710. The parties agree that the following cases should be placed in Phase V, so they are now in Phase V:

| | |
|---|---|
| 4:13-cv-00186 Jackson | 4:13-cv-00261 Walgren-Zetzche |
| 4:13-cv-00224 Boeglin | 4:13-cv-00301 Jeffcoat-Canter |
| 4:13-cv-00229 Burke | 4:13-cv-00302 Burchett |
| 4:13-cv-00253 Casler | 4:13-cv-00329 Martinez |
| 4:13-cv-00259 Mercer | 4:13-cv-00388 Austin |

In addition, if a Plaintiff does not timely provide Initial Case Information to Mentor, that Plaintiff's case may be placed in Phase V. Scheduling & Case Mgmt. Order ¶¶ 7, 9-10. Mentor represents that Plaintiffs in the following cases have not provided any Initial Case Information:

| | |
|---|---|
| 4:12-cv-00187 Weeks | 4:13-cv-00128 Herron |
| 4:13-cv-00061 Jennings | 4:13-cv-00178 Ellis |
| 4:13-cv-00125 Roy | 4:13-cv-00182 Eiklor |
| 4:13-cv-00127 Stelling | 4:13-cv-00265 Mock |

| | |
|---|---|
| 4:13-cv-00267 Duarte | 4:13-cv-00295 Kimbrell |
| 4:13-cv-00268 Kissell | 4:13-cv-00300 Hernandez |
| 4:13-cv-00269 Kuchera | 4:13-cv-00309 Hooper |
| 4:13-cv-00270 Lee | 4:13-cv-00316 Kover |
| 4:13-cv-00271 Piper | 4:13-cv-00322 Martinez-Deliz |
| 4:13-cv-00272 Barry | 4:13-cv-00323 Brown |
| 4:13-cv-00273 Godwin | 4:13-cv-00324 Lopez |
| 4:13-cv-00274 Jackson | 4:13-cv-00325 Lindsey |
| 4:13-cv-00275 Garmon | 4:13-cv-00337 Naon |
| 4:13-cv-00277 Warren | 4:13-cv-00340 Wilkinson |
| 4:13-cv-00278 Berrong | 4:13-cv-00342 Washington |
| 4:13-cv-00294 Stuckey | |

Plaintiffs do not dispute that they have not provided any Initial Case Information, and they did not respond to Mentor's motion that these cases be placed in Phase V. Accordingly, these cases are now in Phase V.

IT IS SO ORDERED, this 5th day of December, 2013.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE