IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IN RE MENTOR CORP. OBTAPE        *
                                     MDL Docket No. 2004
TRANSOBTURATOR SLING PRODUCTS    *   4:08-MD-2004 (CDL)

LIABILITY LITIGATION             *

_____

O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's motion to place certain cases in Phase V of this multidistrict litigation proceeding (ECF No. 863).  Under the current Scheduling and Case Management Order, the parties may agree to place cases in Phase V.  Scheduling & Case Mgmt. Order ¶ 11, ECF No. 710.  The parties agree that the following cases should be placed in Phase V, so they are now in Phase V:

| | | | |
|---|---|---|---|
| 4:12-cv-00012 | Castillo | 4:13-cv-00215 | Bullen |
| 4:12-cv-00014 | Brown | 4:13-cv-00229 | Burke |
| 4:12-cv-00015 | Anglin | 4:13-cv-00247 | Jackson |
| 4:12-cv-00016 | Hostettler | 4:13-cv-00265 | Mock |
| 4:12-cv-00017 | Roberson | 4:13-cv-00303 | Padilla |
| 4:12-cv-00018 | Renner | 4:13-cv-00329 | Martinez |
| 4:12-cv-00019 | Wabsis | 4:13-cv-00330 | Martinez |
| 4:12-cv-00054 | Urbach | 4:13-cv-00353 | Harmen |
| 4:12-cv-00103 | Steele | 4:13-cv-00355 | Cox |
| 4:12-cv-00193 | Augustine | 4:13-cv-00356 | Bottjer |
| 4:12-cv-00315 | Covington | 4:13-cv-00358 | Zabinsky |
| 4:13-cv-00034 | Bedee | 4:13-cv-00368 | Ross |
| 4:13-cv-00046 | Champion | 4:13-cv-00378 | Barnes-Miller |
| 4:13-cv-00144 | Fudge | 4:13-cv-00388 | Austin |
| 4:13-cv-00192 | Davis | 4:13-cv-00396 | Arone |
| 4:13-cv-00201 | Brandt | 4:13-cv-00397 | Zonak |
| 4:13-cv-00202 | Cook | 4:13-cv-00414 | Mattingly |
| 4:13-cv-00203 | Reid | 4:13-cv-00419 | Mitchell |
| 4:13-cv-00204 | Weissert | 4:13-cv-00425 | Reyna |
| 4:13-cv-00208 | Anderson | 4:13-cv-00429 | Kuklies |

| | | | |
|---|---|---|---|
| 4:13-cv-00432 | Miranda | 4:14-cv-00156 | Kettle |
| 4:13-cv-00433 | Williams | 4:14-cv-00165 | Geist |
| 4:13-cv-00441 | Haugen | 4:14-cv-00168 | Golden |
| 4:13-cv-00462 | Stroligo | 4:14-cv-00169 | Marischeil |
| 4:13-cv-00465 | Ohrt | 4:14-cv-00170 | Green |
| 4:13-cv-00505 | Ocasio | 4:14-cv-00171 | Jenkins |
| 4:14-cv-00012 | Evans | 4:14-cv-00172 | Prano |
| 4:14-cv-00013 | Thrower | 4:14-cv-00173 | Stanford |
| 4:14-cv-00014 | Edwards | 4:14-cv-00185 | LaRoche |
| 4:14-cv-00017 | McKnight | 4:14-cv-00186 | Krummel- |
| 4:14-cv-00031 | Belcher | | McCracken |
| 4:14-cv-00053 | Lewis | 4:14-cv-00199 | McMath |
| 4:14-cv-00054 | Dacey | 4:14-cv-00200 | Willis |
| 4:14-cv-00073 | Bender | 4:14-cv-00201 | Yandle |
| 4:14-cv-00088 | Wright | 4:14-cv-00202 | Edelblute |
| 4:14-cv-00095 | McKee | 4:14-cv-00212 | Harmon |
| 4:14-cv-00114 | Mancil | 4:14-cv-00213 | Tule |
| 4:14-cv-00118 | Sides | 4:14-cv-00214 | Ydrogo |
| 4:14-cv-00124 | Daughtery | 4:14-cv-00215 | Vogel |
| 4:14-cv-00150 | Mero | 4:14-cv-00217 | Hayes |
| 4:14-cv-00152 | Douglas | 4:14-cv-00220 | Garcia |
| 4:14-cv-00155 | Kinsey | 4:14-cv-00233 | Olvera |

IT IS SO ORDERED, this 15th day of September, 2014.

S/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE