```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

IN RE MENTOR CORP. OBTAPE            *

TRANSOBTURATOR SLING PRODUCTS        *     MDL Docket No. 2004
                                           4:08-MD-2004 (CDL)
LIABILITY LITIGATION                 *

# O R D E R

Presently pending before the Court are Defendant Mentor Worldwide LLC's motions to place certain cases in Phase V of this multidistrict litigation proceeding (ECF Nos. 879 & 884). Under the current Scheduling and Case Management Order, the parties may agree to place cases in Phase V. Scheduling & Case Mgmt. Order ¶ 11, ECF No. 710. The parties agree that the following cases should be placed in Phase V, so they are now in Phase V:

```
4:11-cv-05080 Jones             4:13-cv-00053 Silberman
4:12-cv-00119 McGaughy          4:13-cv-00092 Greenman
4:12-cv-00245 Clinton           4:13-cv-00098 Perez
4:12-cv-00247 Glass             4:13-cv-00100 Rector
4:12-cv-00248 Johnson           4:13-cv-00152 Harris
4:12-cv-00249 McBride           4:13-cv-00164 Kirksey
4:12-cv-00251 Sass              4:13-cv-00165 Porter
4:12-cv-00252 Woolf             4:13-cv-00166 Richardson
4:12-cv-00299 Hutto             4:13-cv-00167 Sowinski
4:12-cv-00301 Downey            4:13-cv-00184 Burnett
4:12-cv-00303 Cavazos           4:13-cv-00185 Harrell
4:12-cv-00305 Sanders           4:13-cv-00234 Little
4:12-cv-00309 Mondon            4:13-cv-00236 Terry
4:12-cv-00311 Latta             4:13-cv-00238 Veal
4:12-cv-00326 Layton            4:13-cv-00242 Mason
4:12-CV-00335 Wallace           4:13-cv-00243 Standridge
4:12-cv-00340 Lizer             4:13-cv-00244 Little
4:13-CV-00011 Hirshfield        4:13-cv-00245 Winchester
4:13-cv-00026 Koop              4:13-cv-00246 Jester
4:13-cv-00027 Watson            4:13-cv-00320 Hixon
4:13-cv-00031 Mandeville        4:13-cv-00336 Johnson
4:13-cv-00050 Hoyt              4:13-cv-00344 McGaffin
```

| | |
|---|---|
| 4:13-cv-00345 Stewart | 4:13-cv-00526 Smith |
| 4:13-cv-00348 Bonnet | 4:13-cv-00527 Lashley |
| 4:13-cv-00349 Denton | 4:14-cv-00004 Cramer |
| 4:13-cv-00364 Dorsey | 4:14-cv-00006 McDannel |
| 4:13-cv-00365 Hernandez | 4:14-cv-00019 Morgan |
| 4:13-cv-00366 Newman | 4:14-cv-00024 Hodgkins |
| 4:13-cv-00369 Rodriguez | 4:14-cv-00078 Hampton |
| 4:13-cv-00370 Alvarado | 4:14-cv-00079 Nicolaides |
| 4:13-cv-00371 Bookil | 4:14-cv-00105 Hendrix |
| 4:13-cv-00373 Chavez-Rubio | 4:14-cv-00106 Craig |
| 4:13-cv-00375 Habony | 4:14-cv-00107 Hogan |
| 4:13-cv-00376 Hooker | 4:14-cv-00108 Uhl |
| 4:13-cv-00380 Mendez | 4:14-cv-00109 Hall |
| 4:13-cv-00381 Montano | 4:14-cv-00129 Anderson |
| 4:13-cv-00382 Nelson | 4:14-cv-00130 Worden |
| 4:13-cv-00384 Wiley | 4:14-cv-00131 Cade |
| 4:13-cv-00393 Grigg | 4:14-cv-00132 McLaughlin |
| 4:13-cv-00394 Landeros | 4:14-cv-00133 Dakins |
| 4:13-cv-00395 Revia | 4:14-cv-00134 Zachrison |
| 4:13-cv-00432 Miranda | 4:14-cv-00195 Robitaille |
| 4:13-cv-00437 Box | 4:14-cv-00196 Macheel |
| 4:13-cv-00438 Owen | 4:14-cv-00197 Silva |
| 4:13-cv-00478 Waters | 4:14-cv-00198 Weber |
| 4:13-cv-00479 Lopez | 4:14-cv-00206 Barton |
| 4:13-cv-00484 Moors | 4:14-cv-00211 Poland |
| 4:13-cv-00504 Vanderhall | 4:14-cv-00218 Hennessy |
| 4:13-cv-00521 Jennings | 4:14-cv-00246 Shadwick |
| 4:13-cv-00522 Young Berdanier | 4:14-cv-00259 Bowe-Diouff |
| 4:13-cv-00523 Cudnohufsky | |
| 4:13-cv-00524 Romero | |

The parties also asked the Court to place the following cases in Phase V: 4:12-cv-00306 Sobotka; 4:13-cv-00090 Amann; 4:13-cv-00347 Woods; 4:13-cv-00367 Preito; and 4:14-cv-00023 Trahin. Stipulations of dismissal were filed in these cases, so they are no longer pending.

IT IS SO ORDERED, this 5th day of January, 2015.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2