```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

IN RE MENTOR CORP. OBTAPE          *   MDL Docket No. 2004
                                       4:08-MD-2004 (CDL)
TRANSOBTURATOR SLING PRODUCTS      *
                                       Case Nos.
LIABILITY LITIGATION               *   4:11-cv-05069 (Johnson)
                                       4:11-cv-05072 (Batista)
                                   *   4:11-cv-05073 (Cole)
                                       4:11-cv-05076 (Cates)
                                   *   4:11-cv-05079 (Vowels)
                                       4:11-cv-05080 (Jones)
                                   *   4:12-cv-00012 (Castillo)
                                       4:12-cv-00014 (Brown)
                                   *   4:12-cv-00015 (Anglin)
                                       4:12-cv-00016 (Hostettler)
                                   *   4:12-cv-00017 (Roberson)
                                       4:12-cv-00018 (Renner)
                                   *   4:12-cv-00019 (Wabsis)
                                       4:12-cv-00051 (Johnson)
                                   *   4:12-cv-00054 (Urbach)
                                       4:12-cv-00055 (Childs)
                                   *   4:12-cv-00056 (Boudreaux)
                                       4:12-cv-00073 (Campbell)
                                   *   4:12-cv-00084 (Dejesus)

                           O R D E R

The cases identified below will have been pending for at least three years as of March 31, 2015. Although most of these cases were previously assigned to Phase V of this multi-district litigation, the Court did not intend for Phase V to become a "black hole." The Court can conceive of no legitimate reason why any case should remain pending in this MDL for three years. Counsel shall submit a joint report to the Court by January 19, 2015 describing the status of these actions and whether they

should be dismissed, actively mediated, reassigned to another phase or remanded to the courts from which they originated:

| | |
|---|---|
| 4:11-cv-05069 (Johnson) | 4:12-cv-00017 (Roberson) |
| 4:11-cv-05072 (Batista) | 4:12-cv-00018 (Renner) |
| 4:11-cv-05073 (Cole) | 4:12-cv-00019 (Wabsis) |
| 4:11-cv-05076 (Cates) | 4:12-cv-00051 (Johnson) |
| 4:11-cv-05079 (Vowels) | 4:12-cv-00054 (Urbach) |
| 4:11-cv-05080 (Jones) | 4:12-cv-00055 (Childs) |
| 4:12-cv-00012 (Castillo) | 4:12-cv-00056 (Boudreaux) |
| 4:12-cv-00014 (Brown) | 4:12-cv-00073 (Campbell) |
| 4:12-cv-00015 (Anglin) | 4:12-cv-00084 (Dejesus) |
| 4:12-cv-00016 (Hostettler) | |

IT IS SO ORDERED, this 5th day of January, 2015.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA