```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

| | | |
|---|---|---|
| IN RE MENTOR CORP. OBTAPE | * | MDL Docket No. 2004 |
| | | 4:08-MD-2004 (CDL) |
| TRANSOBTURATOR SLING PRODUCTS | * | |
| | | Case Nos. |
| LIABILITY LITIGATION | * | ALL |

<u>O R D E R</u>

This multidistrict litigation proceeding ("MDL") was consolidated in this Court in December 2008. It began with twenty-two cases: five direct-filed cases and seventeen transferred cases. *See In re Mentor Corp. ObTape Transobturator Sling Products Liability Litigation*, 588 F. Supp. 2d 1374 (J.P.M.L. 2008). Since that time, the MDL has grown to include more than 850 cases. To date, the Court has decided more than 100 separate summary judgment motions, tried three bellwether trials, and made numerous evidentiary rulings. Forty-nine cases have been remanded to the transferor court or transferred to the district court where venue is proper for trial. More than 450 cases have been dismissed by stipulation of the parties or order of dismissal following a notice of settlement. Nearly 100 cases have been dismissed voluntarily by the plaintiffs via notice of voluntary dismissal or a motion to dismiss.

All good things must eventually come to an end. And that is true for this MDL. The Court finds that the primary purposes

of consolidation have been accomplished, and the benefit of accepting new cases is marginal.  **Accordingly, the Court requests that the Judicial Panel on Multidistrict Litigation ("JPML") not transfer any new tag-along actions to this MDL after October 31, 2016.  The Court further orders that no new direct-filed actions shall be accepted for filing in this Court pursuant to the Court's previous direct filing order (ECF No. 446 in 4:08-md-2004) after October 31, 2016 without an independent basis for jurisdiction and venue.**

The cases pending in this MDL as of October 31, 2016 shall be managed pursuant to the existing phased scheduling orders, with any recent cases being scheduled so that all dispositive motions shall be ripe in those cases no later than March 31, 2018.  With this schedule, the Court anticipates that all cases will be settled, dismissed, or remanded no later than August 31, 2018.

The District Court Clerk is directed to send a copy of this Order to the Clerk of the JPML, so that the Clerk and JPML are aware of the Court's request that no new actions be transferred to this MDL after October 31, 2016.

IT IS SO ORDERED, this 18th day of October, 2016.

                                      s/Clay D. Land
                                      CLAY D. LAND
                                      CHIEF U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA